UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC. et al,

                Plaintiffs,

v.

AUTHENTIC BRANDS GROUP, LLC et al,

                Defendants.

25-mc-367 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This motion is presented to me in my capacity as Part I judge. Plaintiffs have moved to file a new civil case with the complaint and supporting exhibits under seal. Furthermore, they move to defer any public filings of the redacted complaint and supporting exhibits until all Defendants have been served and afforded an opportunity to request targeted redactions.

    Their motion is provisionally granted. Plaintiffs may file the complaint and exhibits under seal, and may temporarily defer the public filing of a redacted complaint and exhibits, consistent with the instructions for filing contained in the Court's ECF Rules & Instructions, Rules 6.14 and 6.8.

    This order is only provisional and shall last for a period of no longer than seven days, subject to review by the judge assigned to this action.

SO ORDERED.

Dated:    August 29, 2025
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge
                                          Part I